```
                                        FILED
                                    08 JUN 12 PM 1:07
                                    CLERK, U.S. DISTRICT COURT
                                    SOUTHERN DISTRICT OF CALIFORNIA
                                    BY    cf          DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08 CR 1967 BTM |
| Plaintiff, | **I N D I C T M E N T** |
| v. | Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |
| JUAN PENA-ANDRADE, | |
| Defendant. | |

The grand jury charges:

On or about May 11, 2008, within the Southern District of California, defendant JUAN PENA-ANDRADE, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

//

CEM:nlv:Imperial
6/12/08

1  It is further alleged that defendant JUAN PENA-ANDRADE was
2  removed from the United States subsequent to February 26, 1992.
3  DATED: June 12, 2008.

A TRUE BILL:

*[signature]* Thomas R. Lyon
Foreperson

KAREN P. HEWITT
United States Attorney

By: *[signature]*
CALEB M. MASON
Assistant U.S. Attorney

2