1  **DEBRA A. DiIORIO**
   California Bar No. 138018
2  **DiIORIO & HALL, APC**
   964 Fifth Avenue, Suite 214
3  San Diego, California  92101
   Telephone: (619) 544-1451
4  Facsimile: (619) 544-1473

5  Attorneys for Defendant Peña Andrade

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE BARRY T. MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08-1967-BTM |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **JOINT MOTION TO CONTINUE** |
| JUAN PEÑA ANDRADE, ) | **MOTION HEARING** |
| Defendant. ) | |
| ) | |

   IT IS HEREBY REQUESTED by the parties in the case, defendant Rodrigo Juarez Flores, by and through his counsel, DEBRA A. DiIORIO, and the United States Attorney's Office, by and through Assistant United States Attorney LUELLA CALDITO, that the motion hearing in the above-entitled case, scheduled for July 25, 2008, at 1:30 p.m., be continued until August 29, 2008, at 2:00 p.m.

   A proposed order with respect to this joint motion is being submitted directly to the court.

//

//

//

| | | |
|---|---|---|
| 1 | Date: July 22, 2008 | s/Luella Caldito |
| 2 | | **LUELLA CALDITO**<br>Assistant United States Attorney |
| 3 | | |
| 4 | Date: July 22, 2008 | s/. Debra A. DiIorio<br>**DEBRA A. DiIORIO** |
| 5 | | **DiIorio & Hall, APC**<br>Attorneys for Defendant |

2

1 **DEBRA A. DiIORIO**
California Bar No. 138018
2 **DiIORIO & HALL, APC**
964 Fifth Avenue, Suite 214
3 San Diego, California  92101
Telephone: (619) 544-1451
4 Facsimile: (619) 544-1473

5 Attorneys for Defendant Juarez

6

7 UNITED STATES DISTRICT COURT

8 SOUTHERN DISTRICT OF CALIFORNIA

9 (HONORABLE BARRY T. MOSKOWITZ)

10 UNITED STATES OF AMERICA,              )   Criminal Case No. 08-1967-BTM
                                          )
11             Plaintiff,                 )
                                          )
12        v.                              )
                                          )   **CERTIFICATE OF SERVICE**
13 **JUAN PEÑA ANDRADE**                  )
               Defendant.                 )
14 _____ )

15        IT IS HEREBY CERTIFIED THAT:

16        I, DEBRA A. DiIORIO, am a citizen of the United States and am at least eighteen years of age.  My business address is 964 Fifth Avenue, Suite 214, San Diego, California, 92101.

18        I am not a party to the above-entitled action.  I have caused service of the Joint Motion to Continue Motion hearing on the following parties by electronically filing the foregoing with the clerk of the District Court using its ECF System, which electronically notifies them.

21        Judge Moskowitz     efile_Moskowitz@casd.uscourts.gov

22        Assistant United States Attorney Luella.Caldito@usdoj.gov

23        I declare under penalty of perjury that the foregoing is true and correct.

24 Executed on July 22, 2008.

25
                              /s/   Debra A. DiIorio
26                            DEBRA A. DiIORIO

27

28

3