# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# (HONORABLE BARRY T. MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08-1967-BTM |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| **JUAN PEÑA ANDRADE,** ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that the motion hearing previously scheduled for August 29, 2008, at 2:00 p.m., be continued until October 31, 2008, at 1:30 p.m.

IT IS SO ORDERED.

DATED: August 28, 2008

*[signature]*

Honorable Barry Ted Moskowitz
United States District Judge